Opinion by Tilson, J.   It was stipulated that certain items of the merchandise consist of hats known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664).   Accepting this stipulation as a statement of fact, the hats imported or withdrawn from warehouse prior to the effective date of T. D. 48075 were held dutiable at 25 percent under paragraph 1504 (b) (5), and those items imported or withdrawn from warehouse subsequent to that date were held dutiable at 12½ percent under said paragraph.

Before the First Division, March 2, 1949

**No. 52893.**—Max Duraffourg et al. *v.* United States, protests 138429–K (B), etc. (New York).

Opinion by Oliver, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52894.**—S. & A. Diamond et al. *v.* United States, protests 107852–K, etc. (New York).

Opinion by Mollison, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388).   The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52895.**— J. Ebrahimoff *v.* United States, protest 121776–K (New York).

Opinion by Mollison, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388).   The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52896.**— Geo. S. Bush & Co., Inc. *v.* United States, protest 123831–K (Seattle).

Opinion by Mollison, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52897.**—William B. Leng *v.* United States, protest 134167–K/1364 (Chicago).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52898.**—Herzig & Hart, Inc. *v.* United States, protest 136750–K (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52899.**—Sam Forwand Co. *v.* United States, protests 141163–K, etc. (New York).

Opinion by Mollison, J. It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388). The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52900.**—Standard Synthetics, Inc. *v.* United States, protest 111476–K (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of labdanum oil the same in all material respects as that the subject of *Standard Synthetics, Inc.* v. *United States* (21 Cust. Ct. 20, C. D. 1119), the claim of the plaintiff was sustained.

**No. 52901.**—P. R. Dreyer, Inc., et al. *v.* United States, protests 128897–K, etc. (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of mandarin oil the same in all material respects as that the subject of *Fritzsche Bros., Inc.* v. *United States* (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiffs was sustained.

**No. 52902.**—Alltransport, Incorporated *v.* United States, protest 142750–K (New York).

Opinion by Mollison, J. There was some question as to the actual date of liquidation, which was not resolved by examination of the protest and official papers. In view of the fact, however, that plaintiff failed to appear or to prosecute its case, the protest was dismissed.